UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Edwin Hernandez-Campos,

    Petitioner,

v.   No. 1:25-cv-1020-MJM

Kristi Noem, Secretary of Homeland Security, et al.,

    Respondents.

## ORDER

UPON CONSIDERATION of the parties' Joint Status Report Regarding Plaintiff's Emergency Motion For Temporary Restraining Order And Preliminary Injunction, it is this __14th__ day of _____April_____ 2025,

ORDERED that the Temporary Restraining Order issued in this matter on March 29, 2025 (ECF No. 3) will remain in place **through April 28, 2025.**

ORDERED that the status conference call scheduled for Monday, April 14, 2025, at 3:00 p.m. (ECF No. 11) is cancelled.

ORDERED that the parties will meet and confer prior to April 28, 2025, and notify the Court of the status of the matter and propose a briefing schedule, if necessary.

///

///

///

ORDERED that the parties will notify the Court of any relevant rulings in *D.V.D., et al. v. U.S. Dep't of Homeland Security, et al.*, Civ. No. 25-10676-BEM (D. Mass. Mar. 28, 2025), that occur prior to April 28, 2025 that would prompt a new briefing schedule.

/S/
_____
Hon. Matthew J. Maddox
United States District Judge