UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Edwin Hernandez-Campos, | ) |
| Petitioner, | ) |
| v. | ) No. 1:25-cv-1020-MJM |
| Kristi Noem, Secretary of Homeland Security, *et al.*, | ) |
| Respondents. | ) |

## AMENDED ORDER

UPON CONSIDERATION of the parties' Joint Status Report Regarding Petitioner's Emergency Motion For Temporary Restraining Order And Preliminary Injunction (ECF No. 19), it is this 26th day of June 2025,

ORDERED that the Temporary Restraining Order issued in this matter on March 29, 2025 (ECF No. 3) will remain in place until July 21, 2025.

ORDERED that the parties will provide a status report to the Court no later than July 18, 2025.

/S/
_____
Hon. Matthew J. Maddox
United States District Judge