**APPROVED 7/21/25**
**/S/ Matthew J. Maddox**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| Edwin Hernandez-Campos | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:25-cv-01020 |
| Kristi Noem, et al. | ) |
| Respondents. | ) |

### Notice of Voluntary Dismissal

Petitioner filed this case and petition for a writ of Habeas Corpus to enjoin Respondents from removing him to another country. U.S. Immigration and Customs Enforcement has released Petitioner from custody, back to his Order of Supervision. As Petitioner has been released from custody, this case is now moot. Respondents have not filed an answer or a motion for summary judgment. Petitioner hereby gives notice that this case is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this July 18, 2025.

/s/ Simon Sandoval-Moshenberg
Simon Sandoval-Moshenberg, Esq.
D. Md. Bar no. 30965
Counsel for Petitioner
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com